HENDERSON *v.* HENDERSON.

ATKINSON, J. Under the pleadings and conflicting evidence in this case, the court did not err in awarding temporary alimony for the wife and child, and attorney's fees.

*Judgment affirmed. All the Justices concur.*

No. 6826. SEPTEMBER 26, 1929.

*Erle Daley* and *Bond Almand,* for plaintiff in error.
*McElreath & Scott,* contra.